## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Ass'n of American Physicians & Surgeons, *et al.,* | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action No. 1:20-0106-RC |
| Adam B. Schiff, *in his individual capacity and his official capacity as a Member of Congress for the 28th Congressional District of California,* | ) ) ) ) | |
| Defendant. | ) ) | |

### PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

In opposition to the defendant's motion to dismiss under Rules 12(b)(1) and 12(b)(6) of the FEDERAL RULES OF CIVIL PROCEDURE and his accompanying memorandum of law, plaintiffs in this action hereby file the attached memorandum of law. Plaintiffs respectfully request an opportunity for oral argument.

A proposed Order is attached.

Dated: July 17, 2020

Respectfully submitted,

/s/ Lawrence J. Joseph
_____

| | |
|---|---|
| Andrew L. Schlafly | Lawrence J. Joseph, DC Bar No. 464777 |
| General Counsel | Law Office of Lawrence J. Joseph |
| Association of American Physicians & Surgeons | 1250 Connecticut Ave, NW, Suite 700-1A |
| 939 Old Chester Rd. | Washington, DC 20036 |
| Far Hills, NJ 07931 | Tel: 202-355-9452 |
| Tel: 908-719-8608 | Fax: 202-318-2254 |
| Fax: 908-934-9207 | Email: ljoseph@larryjoseph.com |
| Email: aschlafly@aol.com | |
| | *Counsel for Plaintiffs* |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of July 2020, I electronically filed the foregoing opposition (together with its accompanying memorandum of law and proposed order) with the Clerk of the Court using the CM/ECF system, thereby causing it to be served upon all counsel of record.

/s/ Lawrence J. Joseph

Lawrence J. Joseph, D.C. Bar No. 464777

1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036
Telephone: (202) 355-9452
Telecopier: (202) 318-2254
Email: ljoseph@larryjoseph.com

*Counsel for Plaintiffs*