# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Ass'n of American Physicians & Surgeons, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Adam B. Schiff, *in his individual capacity and his official capacity as a Member of Congress for the 28th Congressional District of California*,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:20-0106-RC<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

On considering the defendant's motion to dismiss, the response and reply thereto, and the entire record herein, the Court finds that the motion is not well taken, and it is hereby

**ORDERED** that the motion to dismiss is DENIED; and it is

**FURTHER ORDERED** that the defendant shall file his answer pursuant to FED. R. CIV. P. 12(a)(4)(A) within fourteen (14) days of this Order;

**SO ORDERED**.

Dated: _____, 2020

_____
**UNITED STATES DISTRICT JUDGE**